IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 08-cr-00323-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    VICTOR MUNIZ,

    Defendant.

_____

## ORDER

THIS MATTER coming before the Court upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce VICTOR MUNIZ, a/k/a VICTORIANO MUNIZ, before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

**IT IS HEREBY ORDERED** that the government's petition is granted and that the writ attached to the government's petition shall issue forthwith from the Clerk of this Court.

DATED this 24th day of November, 2008.

                                              **BY THE COURT:**

                                              *Marcia S. Krieger* (signature)

                                              Marcia S. Krieger
                                              United States District Judge